# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MILLENNIUM PHARMACY SYSTEMS, INC., | No. 2:13-cv-01758-NBF |
| Plaintiff, | **Honorable Nora Barry Fischer** |
| v. | |
| HAMILTON PARK HEALTH CARE CENTER, LTD., THE ATRIUM AT HAMILTON PARK, HAMILTON PARK OPCO, LLC; HAMILTON PARK ATRIUM OPCO; and ALARIS HEALTH, LLC, | |
| Defendants. | **ELECTRONICALLY FILED** |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

As this matter has been settled by the parties, please mark this matter voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i). The parties shall bear their own costs and attorneys' fees.

Respectfully submitted,

**FOX ROTHSCHILD LLP**

Date: February 27, 2014

s/ John R. Gotaskie, Jr.
John R. Gotaskie, Jr.
PA ID No. 81143
Rebecca L. Hagan
PA ID No. 206418
625 Liberty Avenue, 29th Floor
Pittsburgh, PA 15222-3115
Telephone: (412) 391-1334
jgotaskie@foxrothschild.com
rhagan@foxrothschild.com

*Counsel for Plaintiff,
Millennium Pharmacy Systems, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that pursuant to Local Rule 5.5 of the United States District Court for the Western District of Pennsylvania, the foregoing Notice of Voluntary Dismissal With Prejudice has been served by electronic means through the Court's transmission facilities on the following counsel of record:

Jason P. Gosselin, Esquire
Drinker Biddle & Reath LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103
jason.gosselin@dbr.com

*Counsel for Defendants,*
*Alaris Health, LLC, Hamilton Park OpCo, LLC,*
*Hamilton Park Atrium OpCo, LLC,*
*Hamilton Park Health Care Center, Ltd.,*
*The Atrium at Hamilton Park*


FOX ROTHSCHILD LLP


s/ John R. Gotaskie, Jr.